IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERIC G. HENSON                                              PLAINTIFF

v.                        Case No. 05-2032

RUTH ANN CRANFORD HOWELL, Jail
Administrator; BRANDON REYNOLDS,
Jailer; TODD RUSSELL, Jailer; and
JUSTIN CASTELMAN, Jailer                                   DEFENDANTS

## **ORDER**

Now on this 8th day of December 2005, there comes on for consideration the report and recommendation filed herein on November 16, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 18). Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed for failure to prosecute or obey an order of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge